AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

PALACIOS-MEZA, JOSE
a/k/a: PALACIOS, JOSE JUAN

CASE NUMBER:

**CRIMINAL COMPLAINT**

07 70040

*FILED 2007 JAN 26 P 2:24 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than November 03, 2006 in Monterey County in the __Northern__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

Unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General or the Secretary of the Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
*Official Title*

facts:-

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and

a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

1/26/ 2007                          at San Jose, California
Date                                City and State

Richard Seeborg
United States Magistrate Judge         _____
Name & Title of Judicial Officer       Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT PERCY ORUM**

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly known as the United States Immigration and Naturalization Service ("INS"). The departmental change from INS to ICE became effective on March 01, 2003, pursuant to Executive Orders of the Homeland Security Act. I have been employed with INS/ICE since March 05, 1980. I am currently assigned to the Alien Criminal Apprehension Program ("ACAP") Unit of the San Jose Sub-office. In such capacity, I have reviewed the official file relating to the below named individual, which attests to the following:

(1) PALACIOS-MEZA, JOSE ("PALACIOS-MEZA") a/k/a ("PALACIOS, JOSE JUAN") is a 28-year-old male native and citizen of Mexico, who has used five (05) aliases and one (01) date of birth in the past.

(2) PALACIOS-MEZA, has been assigned one (1) Alien Registration Number of A077 323 317, FBI Number of: 833535MB6, California Department of Corrections number of: V03336, and a California Criminal Information Index Number of: A21452022.

(3) On July 23, 2001, PALACIOS-MEZA was convicted in the Superior Court of the State of California, in and for the County of Los Angeles, for the offense of FELON OR ADDICT IN POSSESSION OF A FIREARM, in violation of Section 12021 (A)(1) P of the California Penal Code. This is defined as an aggravated felony under Title 8, United States Code, Section 1101(a) (43)(E)(ii).

(4) A check through ICE's records shows that PALACIOS-MEZA was arrested and deported on two (02) occasions from the United States: on February 02, 2001 at San Ysidro, California and on May 25, 2005 at Nogales, Arizona.

(5) PALACIOS-MEZA last entered the United States at or near an unknown place and date after May 25, 2005, by crossing the international border without inspection subsequent to deportation.

(6) PALACIOS-MEZA, on a date unknown but no later than November 03, 2006, at Salinas Valley Prison, Monterey County, Soledad, California, was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General or the Secretary of the Homeland Security, in violation of Title 8, United States Code, Section 1326.

(7) On November 03, 2006, PALACIOS-MEZA was interviewed by Agent David Pacazo at Salinas Valley Prison, Soledad, California, Northern District of California. During that interview, in Spanish, PALACIOS-MEZA was advised of his Miranda rights. PALACIOS-MEZA waived his rights and gave a sworn

statement. PALACIOS-MEZA admitted alienage, prior deportation, and his failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after being deported.

(8) On November 03, 2006, PALACIOS-MEZA was interviewed by Agent David Picazo at the Monterey County Jail, Salinas, California, Northern District of California. During that interview, in Spanish, PALACIOS-MEZA was advised of his Miranda rights. PALACIOS-MEZA waived his rights and gave a sworn statement. PALACIOS-MEZA admitted alienage, prior deportation, and his failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after being deported. Additional information concerning alienage, prior deportations and PALACIOS-MEZA's failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after deportation was obtained from PALACIOS-MEZA's alien file, ICE, state, FBI, and local checks.

(9) On November 03, 2006, PALACIOS-MEZA provided his right thumb and right index fingerprints with his sworn statement. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with PALACIOS-MEZA's fingerprints on the executed Warrants of Deportation. The latent print examiner determined that the fingerprints were identical and related to PALACIOS-MEZA.

(10) There is no record in the official file of the United States Department of Homeland Security, Immigration and Customs Enforcement that PALACIOS-MEZA ever applied to the Attorney General or the Secretary of the Homeland Security to reenter the United States after deportation.

(11) PALACIOS-MEZA is currently in custody at Salinas Valley Prison, Soledad, California, California on states charges for Parole violation and a current charge for Felon in Possession of Firearm with a pending release date.

//
//
//
//
//
//
//
//
//
//
//
//

(12) On the basis of the above-described information, there is probable cause to believes that PALACIOS-MEZA illegally entered the United States, in violation of Title 8, United States Code, Section 1326. PALACIOS-MEZA was found in the United States after having been deported, and he had not sought permission from the United States Attorney General or the Secretary of the Homeland Security to re-enter the United States.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Percy Orum
Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me this 26th day of January, 2007.

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE