AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| Jose Palacios Meza | |

CASE NUMBER: CR 07-00486 RMW

I, _Jose Palacios-Meza_, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7/26/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer