*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** August 6, 2007          **TIME:** 9:00 am

**CRIMINAL NOS:** CR-07-00486-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JOSE PALACIOS-MESA
     **APPEARANCES:**                              (P)(C)

**PLTF:** AUSA: J. Schenk          **DEFT:** J. Rorty
     **INTERPRETER:**                              L. Acre

**COURT ACTION:** DISPOSITION/JUDGMENT AND SENTENCING

Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: The defendant waived the preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 46 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

**JACKIE GARCIA**
**Courtroom Deputy**